UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:02-CR-143-PMP-LRL |
| vs. | ) ) | |
| BRIAN R. COLE | ) ) | |
| Defendant. | ) ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#14), sentencing having been imposed on July 12, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

   Name of Payee: IRS - RACS
   Amount of Restitution: $31,112.11

   **Total Amount of Restitution ordered:** $31,112.11

Dated this ___17___ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE